September 19, 2015

Lisa Matz, Clerk of the Court
Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
400 Commerce St #200
Dls, TX 75202-4458

RECEIVED IN
COURT OF APPEALS, 5th DIST.

SEP 22 2015

LISA MATZ
CLERK, 5th DISTRICT

RE: Case # 05-15-00956-CV
Susan Ann Fisher v. Medical Center of Plano, et.al.

Dear Clerk of the Court,

Thank you for extending the time to pay for the resubmitted filing of the 'Amended Plaintiffs' Notice Of Appeal And Extention of Time To File'. Thank you for extending time to Retain the clerks' records.

Enclosed please find a money order for the Amended Notice of Appeal. Please file this for me. The defendents have already received copies.

Thank you again for your assistance in this endeavor to end the giving of meds that harm.

Susan Ann Fisher
P.O. Box 460461, Garland, TX 75046

NORTH TEXAS TX P&DC
DALLAS TX 750
19 SEP 2015 PM 7 L

Justin Fisher
P. O. Box 460461
Garland, TX 75046

To Metz, Clerk of the Court
George L. Allen, Sr. Courts Bldg.
600 Commerce St., #200
Dallas, TX 75202-4658

75202663150